USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/13

Kevin M. McDonough
Direct Dial: (212) 906-1246
Kevin.McDonough@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

## MEMO ENDORSED

January 7, 2013

**VIA FACSIMILE**

The Honorable Frank Maas, U.S.M.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Antwi v. City of New York, et al.*, 12 Civ. 5755 (JPO) (FM)

Dear Judge Maas:

We represent Plaintiff Edward Antwi in connection with the above-referenced matter, and we write to inform the Court that the parties have reached a settlement in principle that would resolve all of Mr. Antwi's claims. The parties are in the process of documenting our agreement, and we expect to finalize that documentation within the next two weeks. In light of this development, we respectfully request that the Court adjourn the Rule 16 conference currently scheduled for January 10, 2013.

This is the first request for an adjournment of the Rule 16 conference, and no party objects to this request.

Respectfully submitted,

Kevin M. McDonough
of LATHAM & WATKINS LLP

cc: Nicholas R. Ciapetta, Esq.
    David L. Tillem, Esq.

*The conference is adjourned to 1/31 at 10 a.m., and will be cancelled if the Court receives either a stipulation of discontinuance or a "thirty day order" in advance of that date.*

*Maas, USMJ, 1/7/13*