```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

EDWARD ANTWI,

              Plaintiff,

              -against-

CITY OF NEW YORK; OFFICER PERRY QUINCOSES, individually and in his official capacity as a New York City Police Officer; JOHN DOE 1, individually and in his official capacity as New York City Police Property Clerk; JOHN DOE 2, individually and in his official capacity as a New York City Police Officer at Gowanus Auto Pound; JOHN DOES 3 and 4, individually and in their official capacity as New York City Police Officers at Erie Basin Auto Pound; COPART, INC.; and JOHN DOES 5 and 6, individually and in their official capacity as employees and representatives of Copart, Inc.,

              Defendants.
---------------------------------------------------------------x

ORDER OF DISCONTINUANCE

12 CV 5755 (JPO)(FM)

**ORIGINAL**

      It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

      ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:      New York, New York
                   January 23, 2013

                                                    FRANK MAAS
                                       United States Magistrate Judge

LATHAM & WATKINS LLP
Attorneys for Plaintiff

By: _____
Kevin M. McDonough, Esq.
885 Third Avenue
New York, New York 10022

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York, Attorney for City of New York and Officer Perry Quincoses

By: _____
Nicholas R. Ciappetta
100 Church Street
New York, New York 10007

WILSON ELSER
Attorneys for Copart, Inc.
By: /s/ David L. Tillem

David L. Tillem, Esq
3 Gannett Drive
White Plains, New York 10604